**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | **Butch Keegan**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0280<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | **Jennifer Evans**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5102<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 7    5/5/23 |
| Case number: | 23–13904–ABA | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Butch Keegan | Jennifer Evans |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1613 Acorn St.<br>Millville, NJ 08332 | 1613 Acorn St.<br>Millville, NJ 08332 |
| 4. | **Debtor's attorney**<br>Name and address | Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Contact phone (856) 696–8300<br><br>Email: mylawyer7@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221 | Contact phone (609) 601–6066 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 5/7/23 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 9, 2023 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 8/8/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

United States Bankruptcy Court
District of New Jersey

In re:  
Butch Keegan  
Jennifer Evans  
    Debtors

Case No. 23-13904-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: May 08, 2023     Form ID: 309A     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Butch Keegan, Jennifer Evans, 1613 Acorn St., Millville, NJ 08332-4702 |
| 519909913 | + | DMI/NATION DIRECT MTG, LLC, 1 CORPORATE DR STE 360, Lake Zurich, IL 60047-8945 |
| 519909914 | + | Inspira Health Network Medical Group, PO Box 981006, Boston, MA 02298-1006 |
| 519909915 | | Inspira Medical Centers, Inc, PO Box 981006, Boston, MA 02298-1006 |
| 519909920 | + | New Jersey Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |
| 519909923 | + | Philadelphia Parking Authority, PO Box 8248, Phila., PA 19101-8248 |
| 519909927 | + | Ragan & Ragan, 3100 Route 138 West, Belmar, NJ 07719-9021 |
| 519909928 | + | Receivable Outsourcing LLC, P.O Box 734412, Chicago, IL 60673-4412 |
| 519909929 | + | Regional Diagonostic Imaging, 2527 Cranberry Highway, Wareham, MA 02571-1046 |
| 519909930 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mylawyer7@aol.com | May 08 2023 20:33:00 | Seymour Wasserstrum, Law Offices of Seymour Wasserstrum, 205 West Landis Avenue, Vineland, NJ 08360 |
| tr | + | EDI: QBTHOMAS.COM | May 09 2023 00:22:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519909904 | + | EDI: CAPITALONE.COM | May 09 2023 00:22:00 | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519909907 | | Email/Text: tracey.gregoire@millvillenj.gov | May 08 2023 20:35:00 | City Of Millville, 12 South High Street, P.O. Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 519909908 | + | Email/Text: bankruptcy@philapark.org | May 08 2023 20:35:00 | City Of Philadelphia, P.O. Box 41818, Department Of Parking Violations, Philadelphia, PA 19101-1818 |
| 519909909 | + | EDI: CCS.COM | May 09 2023 00:22:00 | Credit Collection Services, P.O Box 337, Norwood, MA 02062-0337 |
| 519909912 | | Email/PDF: creditonebknotifications@resurgent.com | May 08 2023 20:50:01 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 519909910 | + | Email/PDF: creditonebknotifications@resurgent.com | May 08 2023 20:38:16 | Credit One Bank, 6801 S, Cimarron Road, Las Vegas, NV 89113-2273 |
| 519909918 | | EDI: IRS.COM | May 09 2023 00:22:00 | Internal Revenue Service, P.O. Box 744, Special |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Procedure Branch, Springfield, NJ 07081 |
| 519909919 | + | Email/Text: PBNCNotifications@peritusservices.com | May 08 2023 20:34:00 | Kohls Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 519909921 | ^ | MEBN | May 08 2023 20:28:50 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519909922 | + | EDI: AGFINANCE.COM | May 09 2023 00:22:00 | One Main Financial, 100 INTERNATIONAL DRIVE 15TH FLOOR, Baltimore, MD 21202-4784 |
| 519909926 | | EDI: PRA.COM | May 09 2023 00:22:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519909924 | + | Email/Text: bankruptcy1@pffcu.org | May 08 2023 20:34:00 | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 519909931 | + | EDI: RMSC.COM | May 09 2023 00:22:00 | SYNCB/LOWES, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |
| 519909933 | + | EDI: WTRRNBANK.COM | May 09 2023 00:22:00 | TD Bank USA/Target Credit, 7000 Target Parkway N,, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 519909934 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 08 2023 20:34:00 | US Dept. of Education/Glelsi, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519909905 | *+ | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519909906 | *+ | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519909911 | *+ | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519909916 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519909917 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519909925 | *+ | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 519909932 | *+ | SYNCB/LOWES, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2023    Signature:    /s/Gustava Winters