UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: __23-13904__

BUTCH KEEGAN
JENNIFER EVANS

Chapter: __7__

Judge: __ABA__

## NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg,, Jr.__ on __08/22/23__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1613 Acorn Drive
Millville, NJ
Value $225,250.00

Liens on property:
DMI/Nation Direct Mortgage
$182,882.00

Amount of equity claimed as exempt: $27,900.00

Objections must be served on, and requests for additional information directed to:

Name:    Brian S. Thomas, Chapter 7 Trustee
Address:    327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13904-ABA |
| Butch Keegan | Chapter 7 |
| Jennifer Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2023 | Form ID: pdf905 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Butch Keegan, Jennifer Evans, 1613 Acorn St., Millville, NJ 08332-4702 |
| 519909913 | + | DMI/NATION DIRECT MTG, LLC, 1 CORPORATE DR STE 360, Lake Zurich, IL 60047-8945 |
| 519909914 | + | Inspira Health Network Medical Group, PO Box 981006, Boston, MA 02298-1006 |
| 519909915 | | Inspira Medical Centers, Inc, PO Box 981006, Boston, MA 02298-1006 |
| 519939922 | + | New Jersey Motor Vehicle Commission/NJSVS, PO BOX136, Trenton NJ 08666-0136 |
| 519909920 | + | New Jersey Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |
| 519909923 | + | Philadelphia Parking Authority, PO Box 8248, Phila., PA 19101-8248 |
| 519909927 | + | Ragan & Ragan, 3100 Route 138 West, Belmar, NJ 07719-9021 |
| 519909928 | + | Receivable Outsourcing LLC, P.O Box 734412, Chicago, IL 60673-4412 |
| 519909929 | + | Regional Diagonostic Imaging, 2527 Cranberry Highway, Wareham, MA 02571-1046 |
| 519909930 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519909904 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2023 21:03:10 | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519918206 | | Email/Text: jaxbanko@td.com | Jul 18 2023 21:04:00 | Chrysler Financial, 27777 Franklin Road, Southfield, MI 48034 |
| 519909907 | | Email/Text: tracey.gregoire@millvillenj.gov | Jul 18 2023 21:05:00 | City Of Millville, 12 South High Street, P.O. Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 519909908 | + | Email/Text: bankruptcy@philapark.org | Jul 18 2023 21:05:00 | City Of Philadelphia, P.O. Box 41818, Department Of Parking Violations, Philadelphia, PA 19101-1818 |
| 519909909 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 18 2023 21:05:00 | Credit Collection Services, P.O Box 337, Norwood, MA 02062-0337 |
| 519909912 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2023 21:02:28 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 519909910 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2023 21:03:53 | Credit One Bank, 6801 S, Cimarron Road, Las Vegas, NV 89113-2273 |
| 519909918 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2023 21:05:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519909919 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 18 2023 21:04:00 | Kohls Capital One, PO BOX 3115, Milwaukee, |

Case 23-13904-ABA    Doc 14    Filed 07/20/23    Entered 07/21/23 00:18:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2023 | Form ID: pdf905 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | WI 53201-3115 |
| 519909921 | ^ | MEBN | Jul 18 2023 20:58:58 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519909922 | + | Email/PDF: cbp@omf.com | Jul 18 2023 21:14:29 | One Main Financial, 100 INTERNATIONAL DRIVE 15TH FLOOR, Baltimore, MD 21202-4784 |
| 519909926 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2023 21:14:40 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519909924 | + | Email/Text: bankruptcy1@pffcu.org | Jul 18 2023 21:04:00 | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 519909931 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 21:03:58 | SYNCB/LOWES, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |
| 519909933 | + | Email/Text: bncmail@w-legal.com | Jul 18 2023 21:05:00 | TD Bank USA/Target Credit, 7000 Target Parkway N,, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 519909934 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 18 2023 21:05:00 | US Dept. of Education/Glelsi, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519909905 | *+ | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519909906 | *+ | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519909911 | *+ | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519909916 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519909917 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519909925 | *+ | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 519909932 | *+ | SYNCB/LOWES, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | |
| | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com    bthomas@ecf.axosfs.com |
| Brian Thomas | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 18, 2023 | Form ID: pdf905 | Total Noticed: 29 |

brian@brianthomaslaw.com bthomas@ecf.axosfs.com

Denise E. Carlon

on behalf of Creditor Nations Direct Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Seymour Wasserstrum

on behalf of Debtor Butch Keegan mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum

on behalf of Joint Debtor Jennifer Evans mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6