| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Butch Keegan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0280<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jennifer Evans<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5102<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   23–13904–ABA | | |

## Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Butch Keegan                                              Jennifer Evans

8/11/23                                              **By the court:**   Andrew B. Altenburg Jr.
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13904-ABA |
| Butch Keegan | Chapter 7 |
| Jennifer Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 11, 2023 | Form ID: 318 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Butch Keegan, Jennifer Evans, 1613 Acorn St., Millville, NJ 08332-4702 |
| 519909913 | + | DMI/NATION DIRECT MTG, LLC, 1 CORPORATE DR STE 360, Lake Zurich, IL 60047-8945 |
| 519909914 | + | Inspira Health Network Medical Group, PO Box 981006, Boston, MA 02298-1006 |
| 519909915 | | Inspira Medical Centers, Inc, PO Box 981006, Boston, MA 02298-1006 |
| 519939922 | + | New Jersey Motor Vehicle Commission/NJSVS, PO BOX136, Trenton NJ 08666-0136 |
| 519909920 | + | New Jersey Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |
| 519909923 | + | Philadelphia Parking Authority, PO Box 8248, Phila., PA 19101-8248 |
| 519909927 | + | Ragan & Ragan, 3100 Route 138 West, Belmar, NJ 07719-9021 |
| 519909928 | + | Receivable Outsourcing LLC, P.O Box 734412, Chicago, IL 60673-4412 |
| 519909929 | + | Regional Diagonostic Imaging, 2527 Cranberry Highway, Wareham, MA 02571-1046 |
| 519909930 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBTHOMAS.COM | Aug 12 2023 00:33:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519909904 | + | EDI: CAPITALONE.COM | Aug 12 2023 00:33:00 | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519918206 | | EDI: LCITDAUTO | Aug 12 2023 00:33:00 | Chrysler Financial, 27777 Franklin Road, Southfield, MI 48034 |
| 519909907 | | Email/Text: tracey.gregoire@millvillenj.gov | Aug 11 2023 20:47:00 | City Of Millville, 12 South High Street, P.O. Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 519909908 | + | Email/Text: bankruptcy@philapark.org | Aug 11 2023 20:47:00 | City Of Philadelphia, P.O. Box 41818, Department Of Parking Violations, Philadelphia, PA 19101-1818 |
| 519909909 | + | EDI: CCS.COM | Aug 12 2023 00:33:00 | Credit Collection Services, P.O Box 337, Norwood, MA 02062-0337 |
| 519909912 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2023 20:54:01 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 519909910 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2023 20:54:09 | Credit One Bank, 6801 S, Cimarron Road, Las Vegas, NV 89113-2273 |
| 519909918 | | EDI: IRS.COM | Aug 12 2023 00:33:00 | Internal Revenue Service, P.O. Box 744, Special |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Procedure Branch, Springfield, NJ 07081 |
| 519909919 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 11 2023 20:45:00 | Kohls Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 519909921 | ^ | MEBN | Aug 11 2023 20:42:19 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519909922 | + | EDI: AGFINANCE.COM | Aug 12 2023 00:33:00 | One Main Financial, 100 INTERNATIONAL DRIVE 15TH FLOOR, Baltimore, MD 21202-4784 |
| 519909926 | | EDI: PRA.COM | Aug 12 2023 00:33:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519909924 | + | Email/Text: bankruptcy1@pffcu.org | Aug 11 2023 20:46:00 | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 519909931 | + | EDI: RMSC.COM | Aug 12 2023 00:33:00 | SYNCB/LOWES, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |
| 519909933 | + | EDI: WTRRNBANK.COM | Aug 12 2023 00:33:00 | TD Bank USA/Target Credit, 7000 Target Parkway N,, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 519909934 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 11 2023 20:47:00 | US Dept. of Education/Glelsi, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| 519909905 | *+ | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519909906 | *+ | CAPITAL ONE, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519909911 | *+ | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519909916 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519909917 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519909925 | *+ | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 519909932 | *+ | SYNCB/LOWES, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 11, 2023 | Form ID: 318 | Total Noticed: 30 |

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor Nations Direct Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Butch Keegan mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Jennifer Evans mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6