Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−13904−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Butch Keegan  
1613 Acorn St.  
Millville, NJ 08332  

Jennifer Evans  
1613 Acorn St.  
Millville, NJ 08332  

Social Security No.:
   xxx−xx−0280                                xxx−xx−5102

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

   I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

1613 Acorn Drive, Millville, NJ.


Dated: August 16, 2023
JAN: lgr

                                                         Jeanne Naughton
                                                         Clerk